UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRICE,

Petitioner,

v.

DOE,

Respondent.

Case No. 26-cv-04066-JSC

**ORDER OF DISMISSAL**

On May 4, 2026, Petitioner, a civil detainee at Napa State Hospital, filed this petition for a writ of habeas corpus. On the same day, the Clerk notified Petitioner he had not paid the filing fee nor submitted an application to proceed in forma pauperis ("IFP"). (ECF No. 2.) The Clerk mailed Petitioner the Court's IFP application along with the deficiency notice, as well as a stamped return envelope and instructions for completing the application. The deficiency notice informed Petitioner that if he did not pay the filing fee or file a completed IFP application within 28 days, the case would be dismissed. (*Id.*) Petitioner filed an IFP application, but it is incomplete insofar as it does not include a trust account statement or a certificate of funds signed by a state hospital official, both of which are required as part of the IFP application. (ECF No. 3.) More than 28 days have passed since the deficiency notice, and Petitioner has not paid the filing fee, completed his IFP application, requested an extension of time, or shown cause why not. Accordingly, this case is DISMISSED without prejudice, and the incomplete IFP application is DENIED.

The Clerk shall enter judgment and close the file. This Order resolves docket number 3.

**IT IS SO ORDERED.**

Dated: July 31, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge